# Court of Appeals
# of the State of Georgia

ATLANTA,     May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0362.  MICHAEL LONCKE v. BANK OF AMERICA, N.A.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Michael Loncke appealed to superior court.  He subsequently filed a "Notice of Voluntary Dismissal," reflecting his desire to dismiss the action.  The superior court issued a writ of possession for the plaintiff and, in the same order, denied Loncke's "Notice of Voluntary Dismissal."  Loncke filed a motion to set aside, which the court denied on April 25, 2014.  On May 5, 2014, Loncke filed this application for discretionary appeal.  We lack jurisdiction because the application is untimely.

Although an application for discretionary appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter of this case is a dispossessory judgment.  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Loncke filed his application ten days after the superior court's most recent order was entered. Accordingly, it is untimely, and it is hereby DISMISSED for lack of jurisdiction.

In addition, Loncke has filed an Emergency Motion for Supersedeas, requesting that we preserve the status quo pending resolution of this application.  In light of our dismissal of this case, that motion is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/16/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*